of .10 for an offense that took place on or about January 13, 1986, and (2) on May 16, 1991, in the Circuit Court of Buchanan County of driving while intoxicated for an offense that occurred on or about March 2, 1991. Additionally, in its judgment, the trial court found Mr. Boyd "to be a prior and persistent offender, finding that the allegations set forth in the Information are true and that the defendant has two (2) prior convictions for alcohol related offenses occurring within ten (10) years pursuant to the requirements of the statute." The trial court, therefore, effectively found Mr. Boyd to be a persistent offender and did not err in sentencing him as such. Point four is denied.

The judgment of conviction and the denial of the Rule 29.15 motion are affirmed.

All concur.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM:

Christopher M. Soliz appeals from the denial of a Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).

■

**Patrick L. MELTON, Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

No. 68833.

Missouri Court of Appeals,
Eastern District,
Division One.

June 11, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1996.

Application to Transfer Denied
Sept. 17, 1996.

■

**Christopher M. SOLIZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 51503.

Missouri Court of Appeals,
Western District.

June 11, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 1996.

Application to Transfer Denied
Sept. 17, 1996.

Rosemary E. Percival, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent.

